IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMONTY BARGALLA, | § |
| | § |
| Plaintiff, | § |
| | §   Civil Action No. 3:05-CV-0593-M |
| v. | § |
| | § |
| LUPE VALDEZ, et al., | § |
| | § |
| Defendants. | § |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

On May 13, 2005, United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation. No objections were filed. The Court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 15 day of June, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1